**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**MICHAEL J. BECKER, individually and on behalf of all others similarly situated,**

**Plaintiffs,**

**v.**

**DELEK US ENERGY, INC.**

**Defendant.**

**DOCKET NO. 3:20-CV-00285**

**JUDGE TRAUGER**

# ORDER

Considering the foregoing Motion to Stay Plaintiff's Motion for Conditional Certification and Court-Authorized Notice and Discovery and Request for Expedited Consideration (the "Motion"):

**IT IS ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that briefing on and consideration of Plaintiff Michael J. Becker's Motion for Conditional Certification and Court-Authorized Notice is hereby **STAYED**; and

**IT IS FURTHER ORDERED** that discovery in this matter is hereby **STAYED**.

ALETA A. TRAUGER
U.S. DISTRICT JUDGE