IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL J. BECKER, Individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 3:20-cv-00285 |
| DELEK US ENERGY, INC., | § § | JUDGE ALETA A. TRAUGER |
| Defendant, | § § | |
| and | § § | |
| CYPRESS ENVIRONMENTAL MANAGEMENT-TIR, LLC, | § § § | |
| Intervenor-Defendant, | § § | |
| and | § § | |
| KESTREL FIELD SERVICES, INC., | § § § | |
| Intervenor-Defendant. | § | |

## ORDER

This matter came before the Court upon the joint motion of the Parties, Opt-In Plaintiff Freddy Rojas ("Rojas") and those similarly-situated ("Plaintiffs"), Defendant Delek U.S. Energy, Inc. ("Defendant" or "Delek"), and Intervenor-Defendant Kestrel Field Services, Inc. ("Kestrel," collectively with Plaintiffs and Defendant, the "Parties"), pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, asking this Court to indicate its willingness to accept the limited remand from the Sixth Circuit Court of Appeals and proceed to approve the Parties' FLSA settlement and notice to potential opt-ins related to a class of Kestrel employees.

Having considered the Parties' motion and the entire record, the Court is of the opinion, and so finds, if the case is remanded to it by the Court of Appeals for the Sixth Circuit, it will grant the relief requested. The Court finds the Parties' settlement is a fair, reasonable, and adequate compromise of a bona fide dispute over FLSA provisions and finds no issue with the Parties' proposed notice to potential opt-ins.

**IT IS, THEREFORE, ORDERED BY THE COURT** that if this case is remanded to the United States District Court for the Middle District of Tennessee by the Sixth Circuit Court of Appeals, this Court will grant the parties' joint motion pursuant to Rule 62.1 of the Federal Rules of Civil Procedure and proceed to approve the Parties settlement, including the Parties' Settlement Agreement's notice to potential opt-ins.

_____
**Hon. Aleta A. Trauger**
**United States District Judge**