Motion GRANTED.
[signature]

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL J. BECKER, Individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>vs.<br><br>DELEK US ENERGY, INC.,<br><br>　　Defendant,<br><br>and<br><br>CYPRESS ENVIRONMENTAL MANAGEMENT-TIR, LLC,<br><br>　　Intervenor-Defendant,<br><br>and<br><br>KESTREL FIELD SERVICES, INC.,<br><br>　　Intervenor-Defendant. | CASE NO. 3:20-cv-00285<br><br>JUDGE ALETA A. TRAUGER |

### NOTICE OF SETTLEMENT ON APPEAL; JOINT MOTION FOR INDICATIVE RULING TO EFFECT TERMS OF SETTLEMENT

Opt-In Plaintiff Freddy Rojas ("Rojas") and those similarly-situated ("Plaintiffs"),[1] Defendant Delek U.S. Energy, Inc. ("Defendant" or "Delek"), and Intervenor-Defendant Kestrel Field Services, Inc. ("Kestrel," collectively with Plaintiffs and Defendant, the "Parties"), provide notice of their settlement of all matters in dispute, subject to this Court's willingness to take certain action necessary to effectuate the settlement. The Parties have reached a settlement with respect to this Fair Labor Standards Act ("FLSA") case as to all covered inspectors provided by Kestrel to work on Delek projects within the applicable three-year statutory

---

[1] See Dkt. 7 for Freddy Rojas' Notice of Consent.